IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES RAY BROWN, | | No. CIV S-10-0130 CMK P |
| Petitioner, | | |
| vs. | | <u>ORDER</u> |
| JAMES A. YATES, | | |
| Respondent. | | |
| _____/ | | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a conviction issued by the Fresno County Superior Court. Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

///

1

| | |
|---|---|
| 1 | Good cause appearing, IT IS HEREBY ORDERED that: |
| 2 | 1.  This action is transferred to the United States District Court for the Eastern |
| 3 | District of California sitting in Fresno; and |
| 4 | 2.  All future filings shall reference the new Fresno case number assigned and |
| 5 | shall be filed at: |

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED: February 10, 2010

　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE